**JUDGE McMAHON**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 6963**

Plaintiff DOV FERSHTADT

-v-

VERIZON COMMUNICATIONS INC., THE PLAN FOR GROUP INSURANCE, METROPOLITAN LIFE INSURANCE CO., and UNUM LIFE INSURANCE OF AMERICA

Defendant

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Plaintiff_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. NONE



RECEIVED
AUG 02 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Date: 8/2/07

Signature of Attorney

Attorney Bar Code: MH9871

Form Rule7_1.pdf