Robert M. Stern (RS 3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 385-5414

Attorneys for Defendants
Verizon Communications Inc. and
The Plan For Group Insurance

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOV FERSHTADT,<br><br>        Plaintiff,<br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br>THE PLAN FOR GROUP INSURANCE,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, and UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>        Defendants. | CIVIL ACT. NO. 07-CV-6963<br><br><br>NOTICE OF APPEARANCE<br><br><br>JUDGE COLLEEN McMAHON |

      Please enter the appearance of Robert M. Stern as attorney for defendants Verizon Communications Inc. and The Plan For Group Insurance in the above-captioned case.

    Dated: August 22, 2007

                              Respectfully submitted,

                              O'MELVENY & MYERS LLP

                              ___s/Robert M. Stern_____
                              Robert M. Stern
                              O'Melveny & Myers LLP
                              1625 Eye Street, NW
                              Washington, DC 20006
                              (202) 383-5300