McMAHON, J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOV FERSHTADT,

    Plaintiff,

v.

VERIZON COMMUNICATIONS INC., THE
PLAN FOR GROUP INSURANCE,
METROPOLITAN LIFE INSURANCE
COMPANY, and UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendants.

CIVIL ACT NO. 07-cv-6963-CM
(ECF Matter)

Judge Colleen McMahon

## STIPULATION AND ORDER

WHEREAS, Plaintiff has filed a complaint alleging violations of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. § 1001, *et seq.*, on behalf of a participant of The Plan for Group Insurance; and

WHEREAS, Plaintiff and Defendants Verizon Communications Inc. and The Plan for Group Insurance consent by their undersigned counsel,

IT IS HEREBY ORDERED that Defendants Verizon Communications Inc. and The Plan for Group Insurance will file their answer or motion to dismiss by September 14, 2007.

Dated: August 22, 2007

_____
Robert M. Stern
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001

*Counsel for Defendants Verizon Communications Inc. and The Plan for Group Insurance*

_____
Michael S. Hiller
WEISS & HILLER, PC
600 Madison Avenue, 22nd Floor
New York, NY 10022

*Counsel for Plaintiff Fershtadt*

APPROVED AND SO ORDERED:

Dated: _____

_____
United States District Judge

2

Dated: August 21, 2007

_____
Robert M. Stern
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001

*Counsel for Defendants Verizon Communications Inc. and The Plan for Group Insurance*

_____
Michael S. Hiller
WEISS & HILLER, PC
600 Madison Avenue, 22nd Floor
New York, NY 10022

*Counsel for Plaintiff Fershtadt*

APPROVED AND SO ORDERED:

Dated: _____

_____
United States District Judge

2