UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DOV FERSHTADT,

            Plaintiff,

     – against –

VERIZON COMMUNICATIONS INC., THE PLAN
FOR GROUP INSURANCE, METROPOLITAN LIFE
INSURANCE COMPANY and UNUM LIFE
INSURANCE COMPANY OF AMERICA,

            Defendants.

------------------------------------------------------------x

07 Civ. 6963 (CM)

STIPULATION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

    IT IS HEREBY STIPULATED AND AGREED, between undersigned counsel, that the time for Unum Life Insurance Company of America to respond to the complaint in this action shall be extended to and including September 24, 2007.

Dated:    Bronxville, New York
            September 5, 2007

BEGOS HORGAN & BROWN LLP

By: _____
Patrick W. Begos (PB4372)
Christopher G. Brown
Attorneys for Unum Life Ins. Co.
7 Pondfield Road
Bronxville, NY 10708
(914) 961-4441

WEISS & HILLER, PC

By: s/Michael S. Hiller /pwb
Michael S. Hiller (MH9871)
Attorneys for Plaintiff
600 Madison Avenue
New York, NY 10022
(212) 319-4000

SO ORDERED:

_____
U.S.D.J.

9-6-07