Robert M. Stern (RS 3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 385-5414

Attorneys for Defendants
Verizon Communications Inc. and
The Plan For Group Insurance

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOV FERSHTADT, | **CIVIL ACT. NO. 07-CV-6963** |
| Plaintiff, | |
| v. | **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| VERIZON COMMUNICATIONS INC., THE PLAN FOR GROUP INSURANCE, METROPOLITAN LIFE INSURANCE COMPANY, and UNUM LIFE INSURANCE COMPANY OF AMERICA, | **JUDGE COLLEEN McMAHON** |
| Defendants. | |

Upon the annexed Affidavits in Support of Motion to Admit Counsel *Pro Hac*

*Vice*, defendants Verizon Communications Inc. and The Plan For Group Insurance (together, the

"Verizon Defendants") hereby move this Court, pursuant to Rule 1.3(c) of the Local Rules of the

United States District Court for the Southern District of New York, for an order admitting Karen

M. Wahle, Esq. and Khuong Phan, Esq., to the Bar of this Court, *pro hac vice*, for the purposes

of representing the Verizon Defendants in the above-captioned proceeding.

A proposed order is attached.

1

Dated: August ___, 2007

Respectfully submitted,

O'MELVENY & MYERS LLP

Robert M. Stern (RS 3005)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

2

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Affidavits in Support of Motion to Admit Counsel *Pro Hac Vice* and Motion to Admit Counsel *Pro Hac Vice* were delivered via overnight mail on this 3rd day of August, 2007 to the following:

> Michael S. Hiller
> WEISS & HILLER, PC
> 600 Madison Avenue
> New York, NY 10022
>
> Attorneys for Plaintiff Dov Fershtadt

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOV FERSHTADT,<br><br>      Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. and<br>THE PLAN FOR GROUP INSURANCE<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, and UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>      Defendants. | **CIVIL ACT. NO. 07-CV-6963**<br><br><br>**ORDER TO ADMIT COUNSEL**<br>*PRO HAC VICE*<br><br><br>**JUDGE COLLEEN McMAHON** |

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorneys, **Karen M. Wahle and Khuong G. Phan**, are permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:

1

2

_____
United States District Judge

cc: *Pro Hac Vice* Attorney
    Court File

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOV FERSHTADT,

     Plaintiff,

v.

VERIZON COMMUNICATIONS INC.,
THE PLAN FOR GROUP INSURANCE,
METROPOLITAN LIFE INSURANCE
COMPANY, and UNUM LIFE INSURANCE
COMPANY OF AMERICA,

     Defendants.

**CIVIL ACT. NO. 07-CV-6963**

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
_PRO HAC VICE_**

**JUDGE COLLEEN McMAHON**

**DISTRICT OF COLUMBIA**    )    **SS:**

KAREN M. WAHLE, being duly sworn, hereby deposes and says as follows:

1.     I am an attorney and a partner of the law firm of O'Melveny & Myers LLP,

attorneys for defendants Verizon Communications Inc. and The Plan For Group Insurance

(together, the "Verizon Defendants") in this action. I make this affidavit in support of the motion

for an order admitting me, _pro hac vice_, to the bar of this Court pursuant to Local Civil Rule

1.3(c) of the Local Rules of the United States District Court for the Southern District of New

York.

2.     I am a member in good standing of the Bar of the District of Columbia. The

Certificate of Good Standing from the Bar of the District of Columbia is annexed hereto.

3.      There are no pending disciplinary proceedings against me in any State or Federal

court.

4.      Robert M. Stern, a member of the bar of this Court, will continue to be involved

in all aspects of the defense of this litigation and will supervise all work that I perform on this

case.

5.      I respectfully request that I be admitted *pro hac vice* to the bar of this Court for

purposes of representing the Verizon Defendants in the above-captioned proceeding.

Further, affiant sayeth not.

_____
Karen M. Wahle

Dated:  August 17th 2007

Subscribed and sworn to before me
this 17th day of August 2007.

_____
NOTARY PUBLIC          FELECIA G. McCRAE
                       NOTARY PUBLIC DISTRICT OF COLUMBIA
          My Commission Expires November 30, 2011

2



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

KAREN M. WHALE

---

was on the    10ᵗʰ    day of    January, 1994

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
17, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOV FERSHTADT,<br><br>     Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br>THE PLAN FOR GROUP INSURANCE,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, and UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>     Defendants. | **CIVIL ACT. NO. 07-CV-6963**<br><br>**AFFIDAVIT IN SUPPORT OF<br>MOTION TO ADMIT COUNSEL**<br>***PRO HAC VICE***<br><br>**JUDGE COLLEEN McMAHON** |

**DISTRICT OF COLUMBIA**     )     SS:

KHUONG G. PHAN, being duly sworn, hereby deposes and says as follows:

1.     I am an attorney in the law firm of O'Melveny & Myers LLP, attorneys for defendants Verizon Communications Inc. and The Plan For Group Insurance (together, the "Verizon Defendants") in this action. I make this affidavit in support of the motion for an order admitting me, *pro hac vice*, to the bar of this Court pursuant to Local Civil Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York.

2.     I am a member in good standing of the Bar of the District of Columbia. The Certificate of Good Standing from the Bar of the District of Columbia is annexed hereto.

1

3.      There are no pending disciplinary proceedings against me in any State or Federal court.

4.      Robert M. Stern, a member of the bar of this Court, will continue to be involved in all aspects of the defense of this litigation and will supervise all work that I perform on this case.

5.      I respectfully request that I be admitted *pro hac vice* to the bar of this Court for purposes of representing the Verizon Defendants in the above-captioned proceeding.

Further, affiant sayeth not.

Khuong G. Phan

Dated: August __, 2007

Subscribed and sworn to before me
this ___ day of August 2007.

_____
NOTARY PUBLIC

2

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

State of California

County of _Orange_ } ss.

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_Signature of Document Signer No. 1_     _Signature of Document Signer No. 2 (if any)_

Subscribed and sworn to (or affirmed) before me on this

_22nd_ day of _August_, _2007_, by
    Date            Month            Year

(1) _Khuong G. Phan_,
                    Name of Signer

☑ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me (.) (,)
                    (and

(2) _____,
                    Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me.)

_____
Signature of Notary Public

**NANCY A. JAFFEE**
Commission # 1541076
Notary Public - California
Orange County
My Comm. Expires Jan 2, 2009

Place Notary Seal Above

──────── **OPTIONAL** ────────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5910  Reorder: Call Toll-Free 1-800-876-6827



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C.  20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

KHUONG G. PHAN

was on the    3rd     day of    June, 2002

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
17, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____

Deputy Clerk