McMAHON, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07
```

DOV FERSHTADT,

    Plaintiff,

v.

VERIZON COMMUNICATIONS INC., THE PLAN FOR GROUP INSURANCE, METROPOLITAN LIFE INSURANCE COMPANY, and UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendants.

CIVIL ACT NO. 07-cv-6963-CM
(ECF Matter)

Judge Colleen McMahon

## STIPULATION AND ORDER

    WHEREAS, on August 2, 2007, Plaintiff filed the complaint in this action asserting claims under the Employee Retirement Income Security Act, 29 U.S.C. § 1001, *et seq.*,

    WHEREAS, by Stipulation and Order dated August 27, 2007 [Dkt. #4], the deadline for Defendants Verizon Communications Inc. and The Plan for Group Insurance (collectively, the "Verizon Defendants") to answer, move, or otherwise respond to Plaintiff's complaint is September 14, 2007,

    WHEREAS, on September 11, 2007, Plaintiff informed the Verizon Defendants that he intends to amend the complaint during the week of September 17, and thus that answering the currently operative complaint would be unnecessary, and

WHEREAS, Plaintiff and the Verizon Defendants have mutually agreed that the September 14, 2007 deadline for the Verizon Defendants to answer, move, or otherwise respond to Plaintiff's complaint shall be extended by ten (10) days until September 24, 2007,

IT IS HEREBY ORDERED that the Verizon Defendants shall file their answer, motion, or other response to Plaintiff's complaint by September 24, 2007.

Dated: September 13, 2007

_____
Karen M. Wahle
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001

*Counsel for Defendants Verizon Communications Inc. and The Plan for Group Insurance*

_____
Michael S. Hiller
WEISS & HILLER, PC
600 Madison Avenue, 22nd Floor
New York, NY 10022

*Counsel for Plaintiff Fershtadt*

APPROVED AND SO ORDERED:

Dated: 9/13/07

_____
United States District Judge