Karen M. Wahle
Robert M. Stern
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 385-5414

Attorneys for Defendants
Verizon Communications Inc. and
The Plan For Group Insurance

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOV FERSHTADT,<br><br>      Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br>THE PLAN FOR GROUP INSURANCE,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, and UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>      Defendants. | CIVIL ACT. NO. 07-CV-6963<br><br><br><br>**THE VERIZON DEFENDANTS'**<br>**PARTIAL MOTION TO DISMISS**<br>**AMENDED COMPLAINT AND TO**<br>**STRIKE JURY DEMAND**<br><br><br>**JUDGE COLLEEN McMAHON** |

Defendants Verizon Communications Inc. and the Plan for Group Insurance (the "Verizon Defendants") respectfully move this Court for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Counts II-IV of plaintiff's Amended Complaint for the reasons set forth in the accompanying Memorandum in Support of Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint and to Strike Jury Demand, and granting such other and further relief as the Court deems just and proper. The Verizon Defendants also move this Court for an Order striking plaintiff's demand for a jury trial.

1

Dated:  October 8, 2007

                Respectfully submitted,

                O'MELVENY & MYERS LLP

                /s/Karen M. Wahle
                Karen M. Wahle
                Robert M. Stern
                O'Melveny & Myers LLP
                1625 Eye Street, NW
                Washington, DC 20006
                (202) 383-5300

**CERTIFICATE OF SERVICE**

      I certify that on October 8, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                                      /s/ Karen M. Wahle

                                                      Karen M. Wahle