UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

DOV FERSHTADT,

                              Plaintiff,

        – against –

VERIZON COMMUNICATIONS INC., THE PLAN
FOR GROUP INSURANCE, METROPOLITAN LIFE
INSURANCE COMPANY and UNUM LIFE
INSURANCE COMPANY OF AMERICA,

                              Defendants.

------------------------------------------------------------------------- x

07 Civ. 6963 (CM)

ECF Case

**UNUM LIFE INSURANCE COMPANY OF AMERICA'S RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, Unum Life Insurance Company of America, by its attorneys, certifies that it is a wholly owned subsidiary of Unum Group. Securities in Unum Group are publicly held.

Dated: Bronxville, New York
       October 18, 2007

                                             BEGOS HORGAN & BROWN LLP

                                             By: <u>S/ Patrick W. Begos</u>
                                                   Patrick W. Begos (PB4372)
                                           Attorneys for Unum Life Ins. Co.
                                           7 Pondfield Road
                                           Bronxville, NY 10708
                                           (914) 961-4441