**WEISS & HILLER, PC**
*Attorneys at Law*
600 Madison Avenue
New York, New York 10022
(212) 319-4000

Direct email: mhiller@weissbiller.com
Website: www.weissbiller.com

Telecopier: (212) 753-4530

October 18, 2007



MEMO ENDORSED

**Via Facsimile**

Honorable Colleen McMahon
United States District Court
 Southern District of New York
500 Pearl Street, Room 640
New York, New York  10007

Re:   Fershtadt v. Verizon Communications, Inc., et al.
      Case No. 07 Civ. 6963

Dear Judge McMahon:

   We represent plaintiff Dov Fershtadt in the above-captioned action.

   We write to request that the time within which to oppose the motion to dismiss by defendants, Verizon and the Plan for Group Insurance (the "Verizon Defendants"), be extended from Monday, October 22, 2007 to Wednesday, October 31, 2007.  The motion raises complicated issues arising under, inter alia, ERISA and the McCarran-Ferguson Act, which requires detailed consideration.  We request this adjournment because I have been engaged for most of October in day-to-day, court-ordered depositions in the matter styled Loguidice v. Antin, et al., Index No. 604453/05, pending in the New York State Supreme Court.

   This is our first request for an adjournment of this motion.  Counsel for the Verizon Defendants, Karen Wahle, does not object to our request.

                         Respectfully submitted,

                         Michael Hiller

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

c:  Karen Wahle, Esq. (By Facsimile)