UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOV FERSHTADT,<br><br>      Plaintiff,<br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br>THE PLAN FOR GROUP INSURANCE,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, and UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>      Defendants. | **CIVIL ACT. NO. 07-CV-6963**<br><br>**JUDGE COLLEEN McMAHON** |

**RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. Pro. 7.1, Defendant Verizon Communication Inc. states as follows: Verizon Communications Inc. is a publicly held corporation, which owns the following subsidiaries having securities in the hands of the public:

**Verizon Delaware Inc.**

[formerly known as "Bell Atlantic - Delaware, Inc." and "The Diamond State Telephone Company"]

**Verizon Maryland Inc.**

[formerly known as "Bell Atlantic - Maryland, Inc." and "The Chesapeake and Potomac Telephone Company of Maryland"]

**Verizon New Jersey Inc.**

[formerly known as "Bell Atlantic - New Jersey, Inc." and "New Jersey Bell Telephone Company"]

**Verizon Pennsylvania Inc.**

[formerly known as "Bell Atlantic - Pennsylvania, Inc." and "The Bell Telephone Company of Pennsylvania"]

**Verizon Virginia Inc.**

[formerly known as "Bell Atlantic - Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of Virginia"]

**Verizon West Virginia Inc.**

[formerly known as "Bell Atlantic - West Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of West Virginia, Inc."]

**Verizon New York Inc.**

[formerly known as "New York Telephone Company"]

**Verizon New England Inc.**

[formerly known as "New England Telephone and Telegraph Company"]

**Verizon California Inc.**

[formerly known as "GTE California Incorporated"]

**Verizon Florida Inc.**

[formerly known as "GTE Florida Incorporated"]

**Verizon North Inc.**

[formerly known as "GTE North Incorporated"]

**Verizon Northwest Inc.**

[formerly known as "GTE Northwest Incorporated"]

**Verizon South Inc.**

[formerly known as "GTE South Incorporated"]

**Verizon Capital Corp.**

**Cellco Partnership (dba "Verizon Wireless")**

**NYNEX Corporation**

**GTE Corporation**

**GTE Southwest Incorporated (dba Verizon Southwest)**

**Contel of the South, Inc. (dba Verizon Mid-States in all states; dba Verizon South Systems in Alabama and Georgia only; and dba Verizon North Systems in Indiana and Michigan only)**

[formerly known as "Continental Telephone Company of the South," "Georgia State Telephone Company" and "Dixie Telephone Company"]

In addition, Verizon Communications Inc. owns a 52% interest in Telecommunicaciones de Puerto Rico, Inc. which has publicly traded notes.  Verizon also owns non-controlling minority interests in various companies that have publicly held securities.

Lastly, there is no corporation that owns over 10% of the stock of Verizon Communications Inc.


Dated:  October 23, 2007

                 Respectfully submitted,

                 O'MELVENY & MYERS LLP

                 ___s/Karen M. Wahle_____
                 Karen M. Wahle
                 O'Melveny & Myers LLP
                 1625 Eye Street, NW
                 Washington, DC 20006
                 (202) 383-5300