LSK&D #: 564-7016 / 946784

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DOV FERSHTADT,

                                    Plaintiff,

            -against-

VERIZON COMMUNICATIONS INC., THE
PLAN FOR GROUP INSURANCE,
METROPOLITAN LIFE INSURANCE
COMPANY, and UNUM LIFE INSURANCE
COMPANY OF AMERICA,

                                  Defendants.
----------------------------------------------------------------x

No. 07-cv-6963 (CM)

**NOTICE OF APPEARANCE**

TO:   CLERK OF THE COURT AND ALL PARTIES OF RECORD

      **PLEASE ENTER MY APPEARANCE** as lead counsel in the above-captioned case for defendant, **METROPOLITAN LIFE INSURANCE COMPANY**.

      I certify that I am admitted to practice in this Court.

Dated:    New York, New York
             November 20, 2007

                                        Respectfully submitted,

                                        LESTER SCHWAB KATZ & DWYER, LLP

                                        *[signature]*
                                        Allan M. Marcus (AM-9027)
                                        120 Broadway
                                        New York, New York  10271
                                        (212) 964-6611
                                        Attorneys for Defendant
                                        **METROPOLITAN LIFE INSURANCE COMPANY**

TO:

Michael S. Hiller (MH-9871)
WEISS & HILLER, P.C.
600 Madison Avenue, 22nd Floor
New York, NY 10022
Attorneys for Plaintiff

Karen W. Wahle, Esq.
O'MELVENY & MYERS, LLP
1625 Eye Street, NW
Washington, DC 20006
Attorneys for Defendants
Verizon Communications, Inc., and
The Plan for Group Insurance

Patrick W. Begos, Esq.
BEGOS & HARGEN, LLP
327 Riverside Avenue
Westport, CT 06880
Attorneys for Defendant
Unum Life Insurance Company of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DOV FERSHTADT,

                                    Plaintiff,

               -against-

VERIZON COMMUNICATIONS INC., THE PLAN FOR
GROUP INSURANCE, METROPOLITAN LIFE
INSURANCE COMPANY, and UNUM LIFE INSURANCE
COMPANY OF AMERICA,

                                  Defendant.
-----------------------------------------------------------x

**No.: 07-cv-6963 CM)**

**NOTICE OF APPEARANCE**

**LESTER SCHWAB KATZ & DWYER, LLP**

**ATTORNEYS FOR**    **Defendant**
**METROPOLITAN LIFE INSURANCE COMPANY**

120 BROADWAY
NEW YORK, N.Y. 10271-0071
(212) 964-6611
FAX: (212) 267-5916