LSK&D #: 564-7016 / 944449

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07

-----------------------------------------------------------x

DOV FERSHTADT,

                        Plaintiff,

-against-

VERIZON COMMUNICATIONS INC., THE
PLAN FOR GROUP INSURANCE,
METROPOLITAN LIFE INSURANCE
COMPANY, and UNUM LIFE INSURANCE
COMPANY OF AMERICA,

                        Defendants.

-----------------------------------------------------------x

No. 07-cv-6963 (CM)

STIPULATION
EXTENDING TIME TO
RESPOND TO AMENDED
COMPLAINT

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that defendant Metropolitan Life Insurance Company will have up to and including December 7, 2007 to answer, move or otherwise respond to the Amended Complaint in the above-captioned matter.

    IT IS FURTHER HEREBY STIPULATED AND AGREED that facsimile signatures on this Stipulation shall have the same effect as original signatures.

Dated:    New York, New York
            November 15, 2007

WEISS & HILLER, P.C.

By: _____
Michael S. Hiller (MH-9871)
600 Madison Avenue, 22nd Floor
New York, New York 10022
T: (212) 319-4000
Attorneys for Plaintiff

LESTER SCHWAB KATZ & DWYER, LLP

By: _____
Allan M. Marcus (AM-9027)
120 Broadway, 38th Floor
New York, New York 10271
T: (212) 964-6611
Attorneys for Defendant
Metropolitan Life Insurance Company

SO ORDERED:

_____
United States District Judge

Dated: 12/3/07