LSK&D #: 564-7016 / 946808

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DOV FERSHTADT,

                          Plaintiff,

     -against-

VERIZON COMMUNICATIONS INC., THE
PLAN FOR GROUP INSURANCE,
METROPOLITAN LIFE INSURANCE
COMPANY, and UNUM LIFE INSURANCE
COMPANY OF AMERICA,

                        Defendants.
-----------------------------------------------------------------x

No. 07-cv-6963 (CM)

**DEFENDANT METLIFE'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Metropolitan Life Insurance Company ("MetLife"), pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

MetLife is wholly owned by its publicly-held corporate parent MetLife, Inc.

Dated:    New York, New York
             December 5, 2007

                               Respectfully submitted,

                               LESTER SCHWAB KATZ & DWYER, LLP

                               *[signature]*

                               Allan M. Marcus (AM-9027)
                               120 Broadway
                               New York, New York 10271
                               (212) 964-6611
                               Attorneys for Defendant
                               Metropolitan Life Insurance Company