LSK&D #: 564-7016 / 950129

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DOV FERSHTADT,

                      Plaintiff,

-against-

VERIZON COMMUNICATIONS INC., THE
PLAN FOR GROUP INSURANCE,
METROPOLITAN LIFE INSURANCE
COMPANY, and UNUM LIFE INSURANCE
COMPANY OF AMERICA,

                      Defendants.
------------------------------------------------------------x

No. 07-cv-6963 (CM)

**NOTICE OF METLIFE'S JOINDER IN VERIZON DEFENDANTS' MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that Defendant Metropolitan Life Insurance Company ("MetLife"), responding to Plaintiff's Amended Complaint, hereby joins in the "Partial Motion to Dismiss Amended Complaint and to Strike Jury Demand" filed by Defendants Verizon Communications, Inc., and The Plan For Group Insurance (the "Verizon Defendants") on October 8, 2007.

MetLife further joins in and adopts by reference the arguments set forth in the Verizon Defendants' Memoranda of Law submitted in support of their Motion to Dismiss.

Dated:    New York, New York
             December 5, 2007

Respectfully submitted,

LESTER SCHWAB KATZ & DWYER, LLP

_____
Allan M. Marcus (AM-9027)
120 Broadway
New York, New York 10271
(212) 964-6611
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

TO:

Michael S. Hiller, Esq.
WEISS & HILLER, P.C.
600 Madison Avenue, 22nd Floor
New York, NY 10022
Attorneys for Plaintiff

Karen W. Wahle, Esq.
O'MELVENY & MYERS, LLP
1625 Eye Street, NW
Washington, DC 20006
Attorneys for Defendants
Verizon Communications, Inc., and
The Plan for Group Insurance

Patrick W. Begos, Esq.
BEGOS & HARGEN, LLP
327 Riverside Avenue
Westport, CT 06880
Attorneys for Defendant
Unum Life Insurance Company of America