LSK&D #: 564-7016 / 950129

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DOV FERSHTADT,

                                Plaintiff,

            -against-

VERIZON COMMUNICATIONS INC., THE
PLAN FOR GROUP INSURANCE,
METROPOLITAN LIFE INSURANCE
COMPANY, and UNUM LIFE INSURANCE
COMPANY OF AMERICA,

                               Defendants.
------------------------------------------------------------------x

No. 07-cv-6963 (CM)

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I caused to be served by first-class U.S. mail, postage pre-paid, a true and correct copy of the annexed Notice of Joinder upon:

Michael S. Hiller, Esq.
WEISS & HILLER, P.C.
600 Madison Avenue, 22nd Floor
New York, NY 10022
T: (212) 319-4000
Attorneys for Plaintiff

Patrick W. Begos, Esq.
BEGOS & HARGEN, LLP
327 Riverside Avenue
Westport, CT 06880
T: (203) 226-9990
Attorneys for Defendant
Unum Life Insurance Company of America

Karen W. Wahle, Esq.
O'MELVENY & MYERS, LLP
1625 Eye Street, NW
Washington, DC 20006
T: (212) 383-5366
Attorneys for Defendants
Verizon Communications, Inc., and
The Plan for Group Insurance

_____
ALLAN M. MARCUS