**LSK&D #: 564-7016 / 962247**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

DOV FERSHTADT,

           Plaintiff,

   -against-

VERIZON COMMUNICATIONS, INC., THE
PLAN FOR GROUP INSURANCE,
METROPOLITAN LIFE INSURANCE
COMPANY, and UNUM LIFE INSURANCE
COMPANY OF AMERICA,

          Defendant.

------------------------------------------------------------------x

**No. 07 CV 6963 (CM)**

**AFFIRMATION OF
ALLAN M. MARCUS**

I, Allan M. Marcus, Esq., an attorney admitted to practice before this Court, declare pursuant to 28 U.S.C. § 1746, under penalties of perjury, that the following is true and correct:

1.  I am of counsel to Lester Schwab Katz & Dwyer, LLP, attorneys for defendant Metropolitan Life Insurance Company ("MetLife") in the above-captioned action. I submit this Affirmation in support of MetLife's Motion to Dismiss.

2.  Attached hereto as Exhibit A is a true and correct copy of p. 9-6 of the Verizon Long-Term Disability Benefits Plan's (the "Plan") 2004 Summary Plan Description ("SPD").

3.  Attached hereto as Exhibit B is a true and correct copy of p. 34 of the Plan's 2005 SPD.

Dated:  New York, New York
    December 27, 2007

            _____
            ALLAN M. MARCUS