# EXHIBIT "A"

|  | Funding information and source of contributions | Outside administrative organization |
|---|---|---|
| **Dental managed care options** | Insured and self-insured<br><br>Employer and employee contributions | Varies by dental managed care organization (DMCO). Consult the health plan comparison charts available on *Your Benefits Resources* Web site<br><br>None of the self-insured DMCO administrators guarantee any DMCO option benefits under a contract or policy of insurance |
| **Vision benefits** | | |
| **Vision plan** | Insured<br><br>Employer and employee contributions | Davis Vision<br>Vision Care Processing Unit<br>P.O. Box 1525<br>Latham, NY 12110 |
| **Flexible Reimbursement Plan** | | |
| **Healthcare account** | Self-insured<br><br>Employee contributions | UnitedHealthcare<br>P.O. Box 981178<br>El Paso, TX 79998-1178<br>1-800-334-4515<br>Fax: 1-915-781-1085 |
| **Life and accident insurance benefits** | | |
| **Basic life and accidental death and dismemberment (AD&D)** | Insured<br><br>Employer contributions | Metropolitan Life Insurance Company<br>1 Madison Avenue<br>New York, NY 10010 |
| **Supplemental life, dependent life and supplemental AD&D** | Insured<br><br>Employee contributions | Marsh @WorkSolutions$^{SM}$<br>1176 West Lakes Parkway<br>West Des Moines, IA 50398<br>1-800-336-9427 |
| **Disability benefits** | | |
| **Short-term disability** | Self-insured<br><br>Employer contributions | UnumProvident<br>P.O. Box 9500<br>Portland, ME 04104-5058<br>1-866-217-7417<br>Fax: 1-866-206-7882 |
| **Long-term disability** | Self-insured<br><br>Employer and employee contributions | UnumProvident<br>P.O. Box 9500<br>Portland, ME 04104-5058<br>1-866-217-7417<br>Fax: 1-866-206-7882 |