LSK&D #: 564-7016 / 962339
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DOV FERSHTADT,

                                                                                           No. 07 CV 6963 (CM)
                                Plaintiff,

               -against-

VERIZON COMMUNICATIONS, INC., THE
PLAN FOR GROUP INSURANCE,
METROPOLITAN LIFE INSURANCE
COMPANY, and UNUM LIFE INSURANCE
COMPANY OF AMERICA,

                                       Defendant.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I caused to be served by first-class U.S. mail, the foregoing Defendant MetLife's Reply Memorandum of Law in Further Support of Motion to Dismiss and Affirmation of Allan M. Marcus and attached exhibits upon:

                    Michael S. Hiller, Esq.
                    WEISS & HILLER, P.C.
                    600 Madison Avenue, 22nd Floor
                    New York, NY 10022
                    Attorneys for Plaintiff

                    Karen W. Wahle, Esq.
                    O'MELVENY & MYERS, LLP
                    1625 Eye Street, NW
                    Washington, DC 20006
                    Attorneys for Defendant
                    Verizon Communications, Inc., and
                    The Plan for Group Insurance

Patrick W. Begos, Esq.
BEGOS & HORGEN, LLP
327 Riverside Avenue
Westport, CT 06880
Attorneys for Defendant
Unum Life Insurance Company of America

_____
ALLAN M. MARCUS (AM-9027)