

**WEISS & HILLER, PC**
*Attorneys at Law*
600 Madison Avenue
New York, New York 10022
(212) 319-4000

**MEMO ENDORSED**

Direct email: mhiller@weisshiller.com
Website: www.weisshiller.com

Telecopier: (212) 753-4530

January 7, 2008

*handwritten: 1/9/08 There is no need for oral argument*

**By Hand**

Honorable Colleen McMahon
United States District Court
 Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

      Re:   Fershtadt v. Verizon Communications Inc., et al.
            Case No. 07 Civ. 6963

Dear Judge McMahon:

    Thank you for your prompt response to our application. We respectfully request (to the extent that we have not done so already) oral argument of the motions to dismiss.

    Thank you for your consideration.

                              Respectfully submitted,

                              Michael S. Hiller (MH 9871)

c:    Alan Marcus, Esq. (by facsimile)
      Karen Wahle, Esq. (by facsimile)
      Patrick Begos, Esq. (by facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08