MEMAHON ij

LSK&D #: 564-7016 / 1018391
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DOV FERSHTADT,

                              Plaintiff,

       -against-

VERIZON COMMUNICATIONS INC., THE
PLAN FOR GROUP INSURANCE,
METROPOLITAN LIFE INSURANCE
COMPANY, and UNUM LIFE INSURANCE
COMPANY OF AMERICA,

                            Defendants.
-----------------------------------------------------------x

No. 07-cv-6963 (CM)

STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT FOR THE VERIZON DEFENDANTS

**MEMO ENDORSED**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that defendants Verizon Communications Inc. and the Plan for Group Insurance will have up to and including May 22, 2008 to answer, move or otherwise respond to the Amended Complaint in the above-captioned matter.

    IT IS FURTHER HEREBY STIPULATED AND AGREED that facsimile signatures on this Stipulation shall have the same effect as original signatures.

Dated:    New York, New York
           May 12, 2008

WEISS & HILLER, P.C.

By: _____
Michael S. Hiller (MH-9871)
600 Madison Avenue, 22nd Floor
New York, New York 10022
T: (212) 319-4000

Attorneys for Plaintiff

O'MELVENY & MYERS LLP

By: _____
Karen M. Wahle
1625 Eye Street, NW
Washington, DC 20006
T: (202) 383-5300

Attorneys for Defendants
Verizon Communications Inc. and the Plan for
Group Insurance

SO ORDERED:
_____
United States District Judge

Dated: _____

*[Handwritten notation: "NO - no more extensions"]*  *5/12/08*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08