WEISS & HILLER, PC
*Attorneys for Plaintiff*
Rachel S. Grandwetter (RG 9199)
600 Madison Avenue
New York, New York 10022
(212) 319-4000
(212) 753-4530 - Fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
DOV FERSHTADT,                  :
                                :   07 Civ. 6963 (CM)
            Plaintiff,          :
                                :
   -against-                    :
                                :
                                :   **PLAINTIFF'S RULE 26(a)**
VERIZON COMMUNICATIONS INC.,    :   **DISCLOSURES**
THE PLAN FOR GROUP              :
INSURANCE, METROPOLITAN LIFE    :
INSURANCE COMPANY, and UNUM     :
LIFE INSURANCE COMPANY OF       :
AMERICA,                        :
                                :
            Defendants.         :
------------------------------- x

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff, to the best of his knowledge, and based on information at this junction, discloses the following:

I.   **PERSONS MOST LIKELY TO HAVE RELEVANT INFORMATION**

   **Name, Address and Telephone Number (if available)**

   Dov Fershtadt
   c/o Weiss & Hiller, PC
   600 Madison Avenue
   New York, New York 10022
   (212) 319-4000

   Elisa Fershtadt
   c/o Weiss & Hiller, PC
   600 Madison Avenue
   New York, New York 10022
   (212) 319-4000

Nicole Peterlin
Verizon Claims Review Unit
100 Half Day Road
P.O. Box 1438
Lincolnshire, Ill. 60069
Telephone number unknown

Kayla Vachon
UnumProvident Corporation
P.O. Box 9500
Portland, ME 04104-5058
Telephone number unknown

Liz Albarran
Verizon Claims Unit
Address and telephone number unknown

Terry D'Amato
UnumProvident
Address and telephone number unknown

Kimberly Harris
Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40511-4590
Telephone number unknown

Anne Kardian
Verizon
Address unknown
914-644-3677

Amber Barna
HR Escalation Team
Verizon
750 Canyon Drive
MC SV1E3048
Coppell, TX 75019
Telephone number unknown

Kevin Conklin
Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40511-4590
Telephone number unknown

Kurt "Doe"
Verizon Benefits Center
Address and telephone number unknown

Brad "Doe"
Verizon Benefits Center, Desk ID 3320A
100 Half Day Road
P.O. Box 1438
Lincolnshire, Ill. 60069
Telephone number unknown

Sandy McKeon
UnumProvident
Address and telephone number unknown

Debbie Schkrioba
Address and telephone number unknown

Claudi Ridlon
Address and telephone number unknown

Gigi Marlin
Address and telephone number unknown

Jeff Smith
Verizon Workforce Intervention
Address and telephone number unknown

Jennifer Smith
Unum Life Insurance Co. of America
Senior Disability Benefits Specialist
The Benefits Center
P.O. Box 100158
Columbia, SC 28202-3158
800-858-6843

3

Edward M. Stephens, M.D.
Board Certified Psychologist
The Garden Suite
169 East 74th Street
New York, NY 10021
(212) 249-8861

Joseph Hirsch, Ph.D., Psy.D.
Clinical Neuropsychologist
245 East 50th Street, Suite 2A
New York, NY 10022
(917) 865-5066

Lloyd Gilden, Ph.D.
173 East 74th Street
New York, NY 10021
(212) 988-7937

Michelle D. Schwab, Ph.D.
Consultant in Clinical Psychology
Licensed Clinical Psychologist
UnumProvident
Address and telephone number unknown

William J. Marco
Verizon Communications, Inc.
Address and telephone number unknown

Heidi Dockendorf
UnumProvident Intake Unit Specialist
The Benefits Center
P.O. Box 9500
Portland, ME 04104-5058
Telephonic Intake Specialist
207-575-7162

Jason Holmes
UnumProvident Corporation
P.O. Box 9500
Portland, ME 04104-5058
Telephone number unknown

Matthew Smith
Disability Benefits Specialist
Unum Life Insurance Company of America
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158
800-858-6843

Kimberly Lord
Associate Disability Benefits Specialist
Unum Life Insurance Company of America
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158
800-858-6843

John M. Bell
Senior Vice President of Human Resources
Verizon
1095 Avenue of the Americas
New York, NY 10036
Telephone number unknown

Maureen Kirby
Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40511-4590
Telephone number unknown

Ivan Seidenberg
Chairman and CEO
Verizon
1095 Avenue of the Americas
New York, NY 10036
Telephone number unknown

William Barr, Esq.
General Counsel
Verizon
1095 Avenue of the Americas
New York, NY 10036
Telephone number unknown

Rosemary Harmon
Appeals Specialist
Metropolitan Life Insurance Company
MetLife Disability
P.O. Box 14592
Lexington, KY 40511-4592
800-300-4296, x 1714

Stephanie Wallace
Claims Review Committee
Verizon
One Verizon Way
VC34E-253
Basking Ridge, NJ 07920
Telephone number unknown

Sharon M. Jukins
Secretary - Claims Review Committee
Verizon
One Verizon Way
VC34E-253
Basking Ridge, NJ 07920
Telephone number unknown

Charlotte Guaconne
Unit Leader
MetLife Disability
P.O. Box 14590
Lexington, KY 40511-4590
800-638-4228

James Hall
Overpayment Recovery Unit
MetLife Disability
P.O. Box 6171
Utica, NY 13504-6171
800-300-4296, x1791

Terry D'Amato
UnumProvident
Address Unknown
(800) 858-6843

## II. DOCUMENTS AND MATERIALS

The Plan for Group Insurance, effective January 1, 2002, with amendments, April 29, 2005; The Eyes on VZ Benefits Healthcare and Insurance summary plan description ("SPD"), April 1, 2004; Documents sent by Plaintiff and received by the Verizon Claims Review Unit and the Verizon Benefits Center that are contained in Hewitt's Imaging Database; correspondence between Plaintiff and Defendants; correspondence between Plaintiff's counsel and Defendants; the Claim File maintained by Unum Provident ("Unum Provident"), as of 12/15/05, as provided by Unum Provident; Dr. Edward Stephens' medical records; Dr. Lloyd Gilden's medical records; Dr. Joseph A. Hirsch's medical records; Verizon Summary Plan Description, as of January 2005; Bell Atlantic Long Term Disability Plan for Management Employees, as of January 1, 1998; Verizon Summary Plan Description, as of January 2004; 2004 Benefits Confirmation Statement; Eyes on VZ Benefits, as of January 1, 2002; 2002 Annual Enrollment Confirmation Statement; Eyes of VZ Benefits, as of January 1, 2005; Defendants' email communications previously produced to Plaintiff; Hewitt Call Recording Request, previously produced to Plaintiff; The Plan for Group Insurance, as of January 1, 2002; tape recordings of conversations between Plaintiff and various of Defendants.

## III. COMPUTATION OF DAMAGES

- Recoupment of Dov's full benefits, namely 66⅔% of his pre-disability earnings, tax free, with an $11,111 monthly cap, retroactively to the first date to which he was entitled to LTD Benefits, and prospectively;

- An amount in excess of $500,000 as consequential damages resulting from Verizon's and MetLife's actions, which have caused (1) the symptoms of Dov's disabling illnesses and conditions to severely worsen, and (2) Dov to suffer increasing loss of concentration and memory, and increasing anxiety and depression;

- Attorneys' fees and costs.

## IV. INSURANCE AGREEMENT

Not applicable.

Dated: New York, New York
August 1, 2008

                    **WEISS & HILLER, PC**
                    *Attorneys for Plaintiff*
                    600 Madison Avenue
                    New York, New York 10022
                    (212) 319-4000

By: /s/ Rachel S. Grandwetter
Rachel S. Grandwetter (RG 9199)

To:  Karen M. Wahle, Esq.
Robert M. Stern, Esq.
O'MELVENY & MYERS LLP
*Attorneys for Defendant Verizon*
  *Communications Inc. and the Plan for*
  *Group Insurance*
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

Patrick W. Begos, Esq.
BEGOS HORGAN & BROWN LLP
*Attorneys for Defendant Unum Life*
  *Ins. Co.*
7 Pondfield Road
Bronxville, NY 10708
(914) 961-4441

Allan M. Marcus, Esq.
LESTER SCHWAB KATZ & DWYER LLP
*Attorneys for Defendant Metropolitan*
  *Life Insurance Co.*
120 Broadway
New York, NY 10271
(212) 964-6611