WEISS & HILLER, PC
*Attorneys for Plaintiff*
Rachel S. Grandwetter (RG 9199)
600 Madison Avenue
New York, New York 10022
(212) 319-4000
(212) 753-4530 - Fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DOV FERSHTADT, | : |
|           Plaintiff, | :   07 Civ. 6963 (CM) |
| -against- | : |
| VERIZON COMMUNICATIONS INC., THE PLAN FOR GROUP INSURANCE, METROPOLITAN LIFE INSURANCE COMPANY, and UNUM LIFE INSURANCE COMPANY OF AMERICA, | :   **AFFIDAVIT OF SERVICE** |
|           Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

State of New York  )
                  ss.:
County of New York  )

**Massud Aasmi**, being duly sworn, deposes and says:

I am not a party to the action; am over 18 years of age and reside in Queens, New York.

That on August 1, 2008, I served the Plaintiff's Rule 26(a) Disclosures, by regular mail by placing a copy of same in prepaid envelopes properly addressed to the attorneys listed below and depositing same in a repository of the United States Postal Service:

    Karen M. Wahle, Esq.
    Robert M. Stern, Esq.
    O'MELVENY & MYERS LLP
    *Attorneys for Defendant Verizon*
       *Communications Inc. and the Plan for*
       *Group Insurance*
    1625 Eye Street, NW
    Washington, DC 20006
    (202) 383-5300

Patrick W. Begos, Esq.
BEGOS HORGAN & BROWN LLP
*Attorneys for Defendant Unum Life
    Ins. Co.*
7 Pondfield Road
Bronxville, NY 10708
(914) 961-4441

Allan M. Marcus, Esq.
LESTER SCHWAB KATZ & DWYER LLP
*Attorneys for Defendant Metropolitan
    Life Insurance Co.*
120 Broadway
New York, NY 10271
(212) 964-6611

_____
Massud Aasmi

Sworn to before me this
1st day of August, 2008

_____
Notary
RACHEL S. GRANDWETTER
Notary Public, State of New York
No. 02GR6173608
Qualified in New York County
Commission Expires September 4, 2011