UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
Dov Fershtadt ,

          Plaintiff(s),                     07 Civ. 6963 (CM) (RLE)

  -against-                              CALENDAR NOTICE

Verizon Communications Inc., et al,
         Defendant(s).
------------------------------------------------X

    Please take notice that the above captioned matter has been **scheduled** for:

✓ Pre-trial Conference    ___ Status Conference    ___ Oral argument
___ Settlement conference    ___ Plea Hearing    (Bankruptcy Appeal)
___ Rule (16) conference    ___ Final pre-trial conference
___ Telephone Conference    ___ Jury Selection and Trial
___ Non-Jury Trial    ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Friday, September 5, 2008 at 11:30 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: August 6, 2008
       New York, New York

                                        So Ordered

                                        _____
                                        Colleen McMahon, U.S.D.J

```
USDS S
DOCUM:
ELECTR(      FILED
DOC #:
DATE F    8/6/8
```