WEISS & HILLER, PC
*Attorneys for Plaintiff*
Michael S. Hiller (MH 9871)
600 Madison Avenue
New York, New York 10022
(212) 319-4000
(212) 753-4530 - Fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

DOV FERSHTADT,                                          :
                                                       :    07 Civ. 6963 (CM)
                      Plaintiff,                        :
                                                       :
       -against-                                       :
                                                       :
VERIZON COMMUNICATIONS INC.,                           :    **AFFIDAVIT OF SERVICE**
THE PLAN FOR GROUP                                     :
INSURANCE, METROPOLITAN LIFE                           :
INSURANCE COMPANY, and UNUM                            :
LIFE INSURANCE COMPANY OF                              :
AMERICA,                                               :
                                                       :
                      Defendants.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

State of New York    )
                          ss.:
County of New York  )

       **Susan M. Fauls**, being duly sworn, deposes and says:

       I am not a party to the action; am over 18 years of age and reside in the Bronx,
New York.

       That on October 16, 2009, I served the Plaintiff's Second Amended Complaint by
regular mail by placing copies of same in pre-stamped envelopes properly addressed to the
attorneys listed below and depositing same in a repository of the United States Postal Service:

       Karen M. Wahle, Esq.
       Robert M. Stern, Esq.
       O'MELVENY & MYERS LLP
       *Attorneys for Defendant Verizon*
          *Communications Inc. and the Plan for*
          *Group Insurance*
       1625 Eye Street, NW
       Washington, DC 20006
       (202) 383-5300

Patrick W. Begos, Esq.
BEGOS HORGAN & BROWN LLP
*Attorneys for Defendant Unum Life*
   *Ins. Co.*
7 Pondfield Road
Bronxville, NY 10708
(914) 961-4441

Allan M. Marcus, Esq.
LESTER SCHWAB KATZ & DWYER LLP
*Attorneys for Defendant Metropolitan*
   *Life Insurance Co.*
120 Broadway
New York, NY 10271
(212) 964-6611

Susan M. Fauls

Sworn to before me this
16th day of October, 2009

Notary

Irene S. Moy
Notary Public, State of New York
No. 01M06038971
Qualified in Kings County
Commission Expires March 20, 2010

2