Michael S. Hiller (MH 9871)
Weiss & Hiller, PC
*Attorneys for Plaintiff*
600 Madison Avenue
New York, New York 10022
(212) 319-4000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x
DOV FERSHTADT,

            Plaintiff,

   -against-

VERIZON COMMUNICATIONS INC.,
THE PLAN FOR GROUP
INSURANCE, METROPOLITAN LIFE
INSURANCE COMPANY, and UNUM
LIFE INSURANCE COMPANY OF
AMERICA,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 6963

**MEMO ENDORSED**

**PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION AND REARGUMENT**

**ORAL ARGUMENT IS REQUESTED**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and upon all prior pleadings and proceedings in this action, plaintiff Dov Fershtadt, by his undersigned counsel, will move this Court, before the Honorable Colleen McMahon in Room 640 of the Courthouse located at 500 Pearl Street, New York, New York, on a date set by the Court, for an order pursuant to Local Rule 6.3 granting reconsideration and reargument of the Court's Order, dated February 9, 2010, denying plaintiff's motion for summary judgment; or in the alternative, seeking reconsideration of the Court's prior orders denying discovery, based upon new facts and

2/22/2010
The motion for reconsideration of the 2/9/2010 order is DENIED. The alternative motion for reconsideration of unspecified prior orders is DENIED as untimely. The court will conference the case on 3/12/10 at 9:30 am, at which time we will consider whether anything more needs to be done to get this case ready for a bench trial. Colleen McMahon USDJ

circumstances; all together with any other relief this Court deems just and proper.

Dated: New York, New York
       February 19, 2010

                                         **WEISS & HILLER, PC**
                                         *Attorneys for Plaintiff*
                                         600 Madison Avenue
                                         New York, New York 10022
                                         (212) 319-4000

                                       By: _____
                                         Michael S. Hiller, Esq. (MH 9871)

To:    Karen M. Wahle, Esq.
        O'MELVENY & MYERS LLP
        *Attorneys for Defendant Verizon*
            *Communications Inc. and the Plan for*
            *Group Insurance*
        1625 Eye Street, NW
        Washington, DC 20006
        (202) 383-5300

        Patrick W. Begos, Esq.
        BEGOS HORGAN & BROWN LLP
        *Attorneys for Defendant Unum Life*
            *Ins. Co. Of America*
        7 Pondfield Road
        Bronxville, New York 10708
        (914) 961-4441

        LESTER SCHWAB KATZ & DWYER LLP
        *Attorneys for Defendant Metropolitan*
            *Life Insurance Co.*
        120 Broadway
        New York, New York 10271
        (212) 964-6611