UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Dov Fershtadt,
        Plaintiff(s),                    07 Civ. 6963 (CM) (RLE)

  -against-                            **AMENDED**
                                          CALENDAR NOTICE
Verizon Communications Inc., et al.,
        Defendant(s).
-------------------------------------------------------X

     Please take notice that the above captioned matter has been **re-scheduled for** a :

| ✓ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Wednesday, June 9, 2010 at 9:30 A.M.** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007 .

     Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: May 26, 2010
         New York, New York

So Ordered

*[signature]*

Colleen McMahon, U.S.D.J

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/10